United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Miguel Gonzalez, | NO. C 08-05485 JW |
|       Plaintiff,<br>v. | **ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(b) WITH PREJUDICE** |
| ReconTrust Company, et al., | |
|       Defendants. | |

On November 5, 2008, Plaintiff filed this action in the Superior Court of California for the Count of Santa Clara. (See Docket Item No. 1.) On December 5, 2008, Defendants removed this action to federal court based on federal question jurisdiction. (Id.) On December 30, 2008, Plaintiff filed an Amended Complaint. (See Docket Item No. 12.) On March 12, 2009, the Court issued an Order dismissing Plaintiff's claims with leave to amend. (See Docket Item No. 23.) The Court ordered Plaintiff to file an Amended Complaint no later than March 23, 2009. The Court warned Plaintiff that failure to file an Amended Complaint within the time permitted would be deemed sufficient grounds for dismissal with prejudice under Fed. R. Civ. P. 41(b). To date, Plaintiff has not filed an Amended Complaint.

Accordingly, Plaintiff's action is DISMISSED with prejudice for lack of prosecution.

Dated: April 7, 2009

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  David Nathan de Ruig david.deruig@bryancave.com
Jennifer Raphael Komsky jenkomsky@sbcglobal.net
3  Marc Hannan Phelps marc.phelps@bryancave.com
Mitchell W. Roth fedfilings@mwroth.com
4  Stacey L. Herter stacey.herter@bryancave.com

**Dated: April 7, 2009**                          **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers            **
                                                  **        Elizabeth Garcia**
                                                  **        Courtroom Deputy**