**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Miguel Gonzalez, | NO. C 08-05485 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ReconTrust Company, et al., | |
| Defendants. | |

Pursuant to the Court's April 7, 2009 Order of Dismissal Pursuant to Fed. R. Civ. P. 41(b) with prejudice, judgment is entered in favor of Defendants ReconTrust Company and Countrywide Home Loans, Inc., against Plaintiff Miguel Gonzalez.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: April 7, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Nathan de Ruig david.deruig@bryancave.com
Jennifer Raphael Komsky jenkomsky@sbcglobal.net
Marc Hannan Phelps marc.phelps@bryancave.com
Mitchell W. Roth fedfilings@mwroth.com
Stacey L. Herter stacey.herter@bryancave.com

**Dated: April 7, 2009**                                    **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers
                                                                   Elizabeth Garcia
                                                                   Courtroom Deputy**

**United States District Court**
For the Northern District of California